UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND, MASSACHUSETTS LABORERS' ANNUITY FUND, NEW ENGLAND LABORERS' TRAINING TRUST FUND and MASSACHUSETTS LABORERS' LEGAL SERVICES FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL FF & E, INC., <br> Defendant. | C.A. No. 19-11508 MPK |

## NOTICE OF DISMISSAL

Now come the plaintiffs, Trustees of the Massachusetts Laborers' Health and Welfare Fund, *et al.* pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that Plaintiffs' claims against Defendant Global FF & E, Inc. are dismissed with prejudice and costs.

Respectfully submitted,

TRUSTEES OF THE MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, *et al.*,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Nathan P. Goldstein, Esquire
BBO #666101
Sasha N. Gillin, Esquire
BBO #690769
Segal Roitman, LLP

>33 Harrison Avenue, 7th Floor
>Boston, MA  02111
>(617) 742-0208, Ext. 232
>asills@segalroitman.com

Dated:  October 7, 2019

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, Global FF & E, Inc. at 27 Airport Road, Nashua, NH 03063 on this 7th day of October, 2019.

>/s/ Anne R. Sills
>Anne R. Sills, Esquire

ARS/ars&ts
6306-19198/notice-dismissal.doc